■   Lenore V. Beaumont v. Jean Beaumont et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 3, 1960, with notice of argument for November 15, 1960, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated October 18, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.